UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHRISTOPHER COOPER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:10-cr-155 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Christopher Cooper moves the Court to remand his case to Superior Court of Chatham County. ECF No. 52. This motion is inappropriate for numerous reasons, but the short of the matter is that remand pursuant to 28 U.S.C. § 1447(c) is for civil cases. *See also id. at* § 1446. This was a criminal case. The Court *DENIES* Cooper's motion.

The 2✦ day of June, 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA